UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

DONNA K. PEARSON

Debtor,

Case No. 3:24-cv-1834-JPG
Br. Case No. 24-60096-lkg

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. On July 31, 2024, debtor/appellant Donna Kay Pearson appealed to this Court from a Bankruptcy Court judgment of dismissal (Br. Doc. 29; Dist. Doc. 2). On July 12, 2024, Bankruptcy Judge Laura K. Grandy dismissed Pearson's case because she failed to file the required Official Form 121 (Your Statement About Your Social Security Number) (Br. Doc. 18).

Generally, a party has 14 days from entry of judgment in a Bankruptcy Court to appeal that judgment. Fed. R. Bankr. P. 8002(a)(1) (implementing the statutory directive from 28 U.S.C. § 158(a)(1)). This 14-day time period is jurisdictional. *In re Sobczak-Slomczewski*, 826 F.3d 429, 432 (7th Cir. 2016). "Accordingly, the failure to file a timely notice of appeal strips the district court of jurisdiction to hear the appeal." *Id.*; *accord Pansier v. United States*, 821 F. App'x 642, 643 (7th Cir. 2020).

Pearson's notice of appeal appears to be late. Judge Grandy entered the order from which Pearson appeals on July 12, 2024, but Pearson did not file her notice of appeal until July 31, 2024, 19 days later. This appears to be too late to convey jurisdiction on this Court. Accordingly, the Court **ORDERS** Pearson to **SHOW CAUSE** on or before September 9, 2024, why the Court should not dismiss this appeal for lack of jurisdiction. Until this jurisdiction question is settled, the Court **STAYS** all briefing and other activity in this case.

**IT IS SO ORDERED.**
**DATED: August 23, 2024**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**