UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>DONNA K. PEARSON<br><br>　　　　Debtor, | Case No. 3:24-cv-1834-JPG<br>Br. Case No. 24-60096-lkg |

## JUDGMENT

This matter having come before the Court, and the Court having determined it lacks jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this appeal from an order of the United States Bankruptcy Court for the Southern District of Illinois is **DISMISSED for lack of jurisdiction.**

　　　　　　　　　　　　　　　　　　　　　　　**MONICA A. STUMP, Clerk of Court**

**Date: September 12, 2024**　　　　　　　　**s/ Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**